IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANICE L. SLATER,<br><br>    Plaintiff,<br><br>vs.<br><br>PEASE FAMILY 1990 TRUST; WILLIAM R. PEASE, as Trustee of the PEASE FAMILY 1990 TRUST; DONNA M. PEASE, as Trustee of the PEASE FAMILY 1990 TRUST; DOLGENCORP, LLC; FACILITYSOURCE, LLC; SPRINGWISE FACILITY MANAGEMENT, INC.; and SPRINGWISE FACILITY SERVICES, INC.,<br><br>    Defendants. | 8:21CV299<br><br>ORDER FOR DISMISSAL ON STIPULATION OF DEFENDANT FACILITYSOURCE, LLC |

   This case is before the Court on Plaintiff's Unopposed Motion to Dismiss Defendant Facilitysource, LLC, Filing 83, and the parties' Stipulation for Dismissal of Defendant Facilitysource, LLC, Filing 84. The former Motion did not permit immediate dismissal of the defendant in question, but the latter Motion does because it is signed by all parties in the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly,

   IT IS ORDERED that

   1. Plaintiff's Unopposed Motion to Dismiss Defendant Facilitysource, LLC, Filing 83, is denied as moot; and

   2. the parties' Stipulation for Dismissal of Defendant Facilitysource, LLC, Filing 84, is granted, and defendant Facilitysource, LLC, is dismissed as a party to this action without prejudice.

2

Dated this 28th day of March, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

2