IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANICE L. SLATER,<br><br>          Plaintiff,<br><br>     vs.<br><br>PEASE FAMILY 1990 TRUST, WILLIAM R. PEASE, as Trustee of the PEASE FAMILY 1990 TRUST; DONNA M. PEASE, as Trustee of the PEASE FAMILY 1990 TRUST; DOLGENCORP, LLC, SPRINGWISE FACILITY MANAGEMENT, INC., and SPRINGWISE FACILITY SERVICES, INC.,<br><br>          Defendants. | 8:21CV299<br><br>**ORDER** |

Counsel have advised the court that the parties have conferred and agreed to a stay of case deadlines until they conduct mediation. The parties have agreed to use Rob Keith as the mediator and anticipate scheduling mediation for January 2024. Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed, and all hearings and trials are terminated, pending the outcome of mediation.

2. The parties shall notify the Court within 7-days of when they schedule a mediation date and shall advise the Court of the outcome of mediation within 7-days after it takes place.

3. If mediation is unsuccessful, the parties shall contact the chambers of the undersigned magistrate judge to schedule a telephone conference to reset any remaining case progression deadlines and to set the pretrial conference and trial dates.

Dated this 6th day of October, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge