IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANICE L. SLATER,<br><br>    Plaintiff,<br><br>vs.<br><br>PEASE FAMILY 1990 TRUST; WILLIAM R. PEASE, as Trustee of the PEASE FAMILY 1990 TRUST; DONNA M. PEASE, as Trustee of the PEASE FAMILY 1990 TRUST; DOLGENCORP, LLC; SPRINGWISE FACILITY MANAGEMENT, INC.; and SPRINGWISE FACILITY SERVICES, INC.,<br><br>    Defendants. | 8:21CV299<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

  This case is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. Filing 109. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action with prejudice, each party to bear its own costs and attorney's fees. Accordingly,

  IT IS ORDERED that the parties' Joint Stipulation of Dismissal with Prejudice, Filing 109, is granted. This case is dismissed in its entirety with prejudice and with each party to pay its own costs and attorney fees.

  Dated this 23rd day of April, 2024.

                    BY THE COURT:

                    _____
                    Brian C. Buescher
                    United States District Judge

1